| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | J. MARK KANG (NYBN 4033999)<br>Special Assistant United States Attorney |
| 5 | |
| 6 |    450 Golden Gate Avenue, Box 36055<br>   San Francisco, California 94102<br>   Telephone: (415) 436-7050 |
| 7 |    Facsimile: (415) 436-7234<br>   E-Mail: Mark.Kang@usdoj.gov |
| 8 | Attorneys for the United States of America |

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7050
Facsimile: (415) 436-7234
E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>   v.<br>PABLO PEREZ-ANGUIANO,<br>a/k/a Jose Escalera Aguilera,<br>a/k/a Jose Escalera,<br>a/k/a Mario Escalera,<br>      Defendant. | No. No. CR12-0090 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME UNDER 18**<br>**U.S.C. § 3161** |

On February 28, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to March 27, 2012. The parties have agreed to exclude the period of time between February 28, 2012 and March 27, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0090 RS

At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

DATED: March 1, 2012               _____/s/_____
                                        J. MARK KANG
                                        Special Assistant United States Attorney

DATED: March 1, 2012               _____/s/_____
                                        SHAWN HALBERT
                                        Attorney for PABLO PEREZ-ANGUIANO

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0090 RS

| | |
|---|---|
| 1 | <div align="center">[~~PROPOSED~~] ORDER</div> |
| 2 | For the reasons stated above and at the February 28, 2012 hearing, the Court finds that the |
| 3 | exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from February 28, |
| 4 | 2012 through March 27, 2012 is warranted and that the ends of justice served by the continuance |
| 5 | outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. |
| 6 | §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the |
| 7 | reasonable time necessary for effective preparation, taking into account the exercise of due |
| 8 | diligence. 18 U.S.C. §3161(h)(7)(B)(iv). |
| 10 | IT IS SO ORDERED. |
| 12 | DATED: 3/1/12 |
| 13 | THE HONORABLE RICHARD SEEBORG<br>United States District Judge |

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0090 RS