MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7050
   Fax: (415) 436-7234
   E-Mail: Mark.Kang@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> PABLO PEREZ-ANGUIANO, <br>     a/k/a Jose Escalera Aguilera, <br>     a/k/a Jose Escalera, <br>     a/k/a Mario Escalera, <br>     Defendant. | Nos. CR 12-0090 RS <br>      CR 12-0156 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> JOSE ESCALERA-AGUILAR, <br>     Defendant. | |

On June 12, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to July 24, 2012. The parties have agreed to exclude the period of time between June 12, 2012 and July 24, 2012 from any time limits applicable under 18 U.S.C. §

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0090 RS and CR 12-0156 RS

| | |
|---|---|
| 1 | 3161.  The parties represented that granting the exclusion would allow the reasonable time |
| 2 | necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties |
| 3 | also agree that the ends of justice served by granting such an exclusion of time outweigh the best |
| 4 | interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the |
| 5 | hearing, the Court made findings consistent with this agreement.  SO STIPULATED: |

MELINDA HAAG
United States Attorney

DATED: June 13, 2012        _____/s/_____
J. MARK KANG
Special Assistant United States Attorney

DATED: June 13, 2012        _____/s/_____
SHAWN HALBERT
Attorney for PABLO PEREZ-ANGUIANO

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0090 RS and CR 12-0156 RS        2

[~~PROPOSED~~] ORDER

For the reasons stated above and at the June 12, 2012 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 12, 2012 through July 24, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 6/18/12

THE HONORABLE RICHARD SEEBORG
United States District Judge