1 | MELINDA HAAG (CABN 132612)
United States Attorney

2 | MIRANDA KANE (CABN 150630)
3 | Chief, Criminal Division

4 | J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

5 |
6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7050
7 | Facsimile: (415) 436-7234
E-Mail: Mark.Kang@usdoj.gov

8 |
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> PABLO PEREZ-ANGUIANO, ) <br> a/k/a Jose Escalera Aguilera, ) <br> a/k/a Jose Escalera, ) <br> a/k/a Mario Escalera, ) <br> ) <br> Defendant. ) <br> ) | Nos. CR12-0090 RS <br> CR12-0156 RS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON FEBRUARY 5, 2013 TO FEBRUARY 19, 2013 AND FOR THE EXCLUSION OF TIME UNDER 18 U.S.C. § 3161** |

On December 11, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to February 5, 2013 for a competency examine pursuant to 18 U.S.C. § 4241(b). The Bureau of Prisons has informed the parties that a report of the competency exam will not be completed until the week of February 4, 2013. Accordingly, the parties stipulate and jointly request that the hearing currently scheduled for February 5, 2013 be continued to February 19, 2013 in order to receive and review any report resulting from the Court ordered competency examination.

STIPULATION & [PROPOSED] ORDER
CONTINUING HEARING AND EXCLUDING TIME
CR 12-0090 RS & CR 0156 RS

The parties further agree to exclude the period of time between December 11, 2012 to February 19, 2013 from any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

DATED: January 31, 2013              _____/s/_____
                                        J. MARK KANG
                                        Special Assistant United States Attorney

DATED: January 31, 2013              _____/s/_____
                                        CANDIS MITCHELL
                                        Attorney for Defendant

STIPULATION & [PROPOSED] ORDER
CONTINUING HEARING AND EXCLUDING TIME
CR 12-0090 RS & CR 0156 RS

1  [PROPOSED] ORDER

2  For the reasons stated above the Court continues the competency hearing date from
3  February 5, 2013 to February 19, 2013.
4  The Court further finds that the exclusion from the time limits applicable under 18 U.S.C.
5  § 3161 of the period from December 11, 2012 through February 19, 2013 is warranted and that
6  the ends of justice served by the continuance outweigh the best interests of the public and the
7  defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time
8  would deprive the parties of the reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

11  IT IS SO ORDERED.

13  DATED: 2/1/13                              _____
                                                THE HONORABLE RICHARD SEEBORG
14                                              United States District Judge

STIPULATION & [PROPOSED] ORDER
CONTINUING HEARING AND EXCLUDING TIME
CR 12-0090 RS & CR 0156 RS