MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYN SILANE (NYBN 4596235)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    E-Mail: carolyn.silane@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>PABLO PEREZ-ANGUIANO,<br>a/k/a Jose Escalera Aguilera<br>    Defendant. | No. CR 12-0090 RS<br>    CR 12-0156 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME UNDER 18**<br>**U.S.C. § 3161** |

On April 9, 2013, the parties in this case appeared before the Court. At that time, the Court set the matter to April 30, 2013. The parties have agreed to exclude the period of time between April 9, 2013 and April 30, 2013 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

//

//

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0090 RS

At the hearing, the Court made findings consistent with this agreement. SO STIPULATED:

                    MELINDA HAAG
                    United States Attorney

DATED: April 22, 2013            _____/s/_____
                                    CAROLYN SILANE
                                      Special Assistant United States Attorney

DATED: April 22, 2013            _____/s/_____
                                    CANDIS MITCHELL
                                      Attorney for Defendant

[~~PROPOSED~~] ORDER

For the reasons stated above and at the April 9, 2013 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from April 9, 2013 and April 30, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:__5/8/13_____                                    _____
                                                         THE HONORABLE RICHARD SEEBORG
                                                         United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0090 RS