1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 150630)
   Chief, Criminal Division
4
   CAROLYN SILANE (NYBN 4596235)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6973
7      Facsimile: (415) 436-7234
       E-Mail: carolyn.silane@usdoj.gov
8
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PABLO PEREZ-ANGUIANO,<br>a/k/a Jose Escalera Aguilera<br><br>  Defendant. | No. CR 12-0090 RS<br>   CR 12-0156 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME UNDER 18**<br>**U.S.C. § 3161** |

On August 27, 2013, the parties in this case appeared before the Court. At that time, the Court set the matter to September 17, 2013. A clerk's notice was filed, rescheduling the hearing to September 24, 2013. The parties have agreed to exclude the period of time between August 27, 2013 and September 24, 2013 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

//

1 | At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:

2

3 |                                   MELINDA HAAG

4 |                                   United States Attorney

6 | DATED: September 24, 2013  _____/s/_____

7 |                                   CAROLYN SILANE
Special Assistant United States Attorney

9 | DATED: September 24, 2013  _____/s/_____
CANDIS MITCHELL

10 |                                   Attorney for Defendant

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0090 RS

# [~~PROPOSED~~] ORDER

For the reasons stated above and at the August 27, 2013 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 27, 2013 and September 24, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 9/24/13

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0090 RS