1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 150630)
   Chief, Criminal Division

4  CAROLYN SILANE (NYBN 4596235)
   Special Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6973
7      Facsimile: (415) 436-7234
       E-Mail: carolyn.silane@usdoj.gov

8  Attorneys for the United States of America

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) CASE NO. CR 12-0090 RS
   |                                     )          CR 12-0156 RS
14 |        Plaintiff,                   )
   |                                     )
15 |    v.                               ) STIPULATION AND [~~PROPOSED~~] ORDER
   |                                     ) CONTINUING HEARING DATE
16 | PABLO PEREZ-ANGUIANO,                )
   | a/k/a Jose Escalera Aguilera,       )
17 |                                     )
   |        Defendant.                   )
18 |_____)

19
       The parties are set to appear in front of the Court on October 8, 2013, scheduled for a change of
20
   plea. The parties request an additional week to finalize a plea agreement, and ask that the hearing be re-
21
   set for October 15, 2013 at 2:30 p.m. Both parties expect the defendant to change his plea pursuant to a
22
   plea agreement at that time. Because the request is solely on the basis of ongoing plea discussions, no
23
   exclusion of time is request for the period from October 8, 2013 through October 15, 2013.
24
    SO STIPULATED:
25
                                              MELINDA HAAG
                                              United States Attorney
26

27 DATED: October 7, 2013              _____/s/_____
                                              CAROLYN SILANE
28                                            Special Assistant United States Attorney

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING
CR 12-0090 RS; CR 12-0156 RS

1 | DATED: October 7, 2013                    _____/s/_____
2 |                                           CANDIS MITCHELL
3 |                                           Attorney for Defendant
4 |
5 |
6 |         IT IS SO ORDERED.
7 |
8 | DATED: __10/7/13_____                    _____
9 |                                           THE HONORABLE RICHARD SEEBORG
  |                                           United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
CR 12-0090 RS; CR 12-0156 RS